# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HOPEWELL,<br>Plaintiff,<br><br>v.<br><br>POPEYES LOUISIANA KITCHEN,<br>Defendant. | Case No.: CV 17-7390 DSF (AFMx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: 4/3/18

Dale S. Fischer
United States District Judge